JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | **District Court Case No.: 5:16-cv-474-JFW** |
| NABEEL SLAIEH | **Adversary Case No. 6:14-ap-01081-MH** |
| Debtor. | **Bankruptcy Case No.: 6:13-bk-30133-MH** |
| | **ORDER DISMISSING APPEAL** |
| W.E. JON ALBRECHT, | |
| Appellant, | |
| v. | |
| NABEEL SLAIEH, | |
| Appellee. | |

For the reasons stated in the Request for Dismissal filed herein by Appellant W. E. Jon Albrecht,

IT IS SO ORDERED:

1. That the instant appeal herein is dismissed. The parties are to bear their own costs on appeal.

Dated: June 28, 2016

_____
United States District Judge

**ORDER DISMISSING APPEAL**